**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 13, 2012.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-12-00154-CV

———————

**GALP SIERRA VISTA LIMITED PARTNERSHIP and AMERICAN MANAGEMENT SERVICES, LLC, Appellants**

**V.**

**PENNY HERRING, Appellee**

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2008-70290**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed January 13, 2012. On March 7, 2012, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Seymore, Boyce, and Jamison.